# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN BLACKSTONE, | ) | |
| Plaintiff, | ) | Civil Action No. 16-721 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| CELESTI KOSTELNIK, *et al.*, | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 24, 2017, the Magistrate Judge issued a Report (Doc. 20) recommending that Defendants' Motion to Dismiss (Doc. 13) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Defendants' Motion to Dismiss (**Doc. 13**) is **DENIED**, and the Magistrate Judge's Report and Recommendation is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


June 9, 2017                                                s\Cathy Bissoon
                                                                                     Cathy Bissoon
                                                                                     United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Stephen Blackstone
GE5445
175 Progress Dr.
Waynesburg, PA 15370